UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RANDALL MANTILIA, SR., : | |
| : | |
| Plaintiff, : | |
| : | 3:10-CV-00886 (CFD) |
| v. : | |
| : | STIPULATION OF DISMISSAL |
| : | WITH PREJUDICE |
| CAVALRY PORTFOLIO SERVICES, : | |
| LLC, : | December 10, 2010 |
| Defendant. : | |
| : | |

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF
RANDALL MANTILIA, SR.

By_____/s/_____
Sergei Lemberg
Attorney at Law
Lemberg & Associates, LLC
1100 Summer Street 3rd Fl.
Tel: 516-791-4400
Fax: 877-795-3666
Email: slemberg@lemberglaw.com

His Attorney

THE DEFENDANT,
CAVALRY PORTFOLIO SERVICES,
LLC, et al

By:_____/S/_____
Jonathan D. Elliot
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel: 203-333-9441
Fax: 203-333-1489
E-Mail: jelliot@znclaw.com

Its Attorneys

So Ordered: _____ Dated: